HIRAM SHARP *v.* THE STATE.

*(Knoxville.*    September Term, 1906.)

1.  **JUDGMENT.**  Absence of, cannot be supplied; remandment for, when.

    The absence of a judgment in the lower court cannot be supplied, even where there is a proper verdict; and in such case an appeal must be dismissed and the case remanded for judgment in accordance with the verdict.

    Cases cited and approved: Nolin v. State, 6 Cold., 12; Tomasson v. State, 112 Tenn., 596.

    Case cited, approved and distinguished: Cowan v. State, 117 Tenn., 246.

2.  **CLERK'S COSTS.**  For making transcript, disallowed, when.

    Where, on appeal of a criminal case, the transcript is in inextricable confusion, the costs of the clerk for making it will be disallowed.

FROM UNION.

Appeal from Criminal Court of Union County.—H. CLAY JAMES, Judge.

W. R. HICKS, A. L. EVANS and D. D. ANDERSON, for Sharp.

ATTORNEY-GENERAL CATES and J. C. J. WILLIAMS, for the State.

MR. CHIEF JUSTICE BEARD delivered the opinion of the Court.

The plaintiff in error was indicted and tried for the killing of one Jacob Beeler. The jury returned a verdict of "guilty of murder in the second degree," and fixed his punishment at ten years' confinement in the penitentiary. The record shows that a motion for a new trial was overruled, and from this an appeal was prayed and granted to this court. No judgment was entered on the verdict, whether by inadvertence of the trial judge in failing to pronounce one, or, if pronounced, by clerical negligence not entered. If there had been an imperfect judgment in the court below, it might have been corrected (*Cowan* v. *State,* 117 Tenn., 246, 96 S. W., 973); but the absence of a judgment cannot be supplied in this court. The appeal was improperly granted and must be dismissed. *Nolin* v. *State,* 6 Cold., 12; *Tomasson* v. *State,* 112 Tenn., 596, 79 S. W., 802. The cause is remanded to the circuit court of Union county, in order that a judgment may be entered in accordance with the verdict.

We find the transcript in this case is in inextricable confusion. The cost of the clerk in making out the same is disallowed.